EXCO COCKHERAN O/B/O
ZAYDEN COCKHERAN

VERSUS

RAVEN CHRISTOPHER

*     NO. 2021-CA-0370

*     COURT OF APPEAL

*     FOURTH CIRCUIT

*     STATE OF LOUISIANA

*

*

\* \* \* \* \* \* \*

**CONSOLIDATED WITH:**

**RAVEN CHRISTOPHER**

**VERSUS**

**EXCO COCKHERAN**

**CONSOLIDATED WITH:**

**NO. 2021-CA-0371**

*TFL*

**LOVE, J. CONCURS AND ASSIGNS REASONS**

I respectfully concur in the results reached by the majority. In that this is a custody matter, Rule 5-2, Uniform Rules – Courts of Appeal,[1] does not mandate that we utilize initials for Z.C.'s mother.

---

[1] "To ensure the confidentiality of a minor who is a party to or whose interests are the subject matter in the proceedings listed in Rule 5-1(a) or (c) above, initials shall be used in all filings and in opinions rendered by the court of appeal to protect the minor's identity."